Part 2: THIS DECLARATION PAGE, WITH POLICY PROVISIONS - PART 1 AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

## CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

7077 Bonneval Road - Suite 500, Jacksonville, Florida 32216-6064

**CITIZENS**

INSURED NAME AND ADDRESS

PULLEY, PHILIP AND DEVRA
PO BOX 549
ABINGTON, PA 19001

THIS IS A
DWELLING

POLICY TERM 9/12/2005 TO 9/12/2006   AT 12:01 A.M. (EST)   CITIZENS POLICY NO. 5707128
INCEPTION DATE   EXPIRATION DATE   **THIS IS YOUR POLICY DECLARATION PAGE - This is not a Bill**

| Item No. | Amount of Insurance Building | Contents | Percent of Coinsurance Applicable | Deductibles Hurricane/Other Wind | Territory | Premium |
|---|---|---|---|---|---|---|
| 1 | 1,200,000 | 600,000 | | 60,000/60,000 | T-46 | 6,625 |

TWO STORY MASONRY 1 UNIT DWELLING LOC:
2319 NE 29TH ST  LIGHTHOUSE POINT, BROWARD FL 33064-8130

2 story, masonry, gable roof, roof covering: Non-FBC Equivalent, Roof Deck Attachment-B, roof wall connection: Single Wraps and Year Built Verified: No

If the above characteristics do not accurately describe your dwelling, contact your agent.

P - I

| TOTAL AMOUNT OF COVERAGE | ACTUAL PREMIUM | | PREMIUM SURCHARGES | | TOTAL PREMIUM DO NOT PAY |
|---|---|---|---|---|---|
| $ 1,800,000 | Non-Hurricane | 112.00 | Florida Hurricane Cat Fund | $ .00 | $ |
| | Hurricane | 6,513.00 | Reins/Cat Financing | | |
| | Tax-Exempt Sur | 116.00 | | 994.00 | 7,735.00 |

Subject to Form No(s):
CIT-W04 21  CIT DW2 07 04  CIT W24 05 05

Mortgagee/Loss Payee:
CHEVY CHASE BANK
ISAOA/ATIMA
PO BOX 1706
LAUREL, MD 20725-1706
LOAN #55503487

Agent:
TRI INS UNDERWRITERS INC. 2582
ADVANCED INS UNDERWRITERS
3250 NORTH 29TH AVENUE
HOLLYWOOD,, FL 33020-1313

(954) 963-6666

Payor: INSURED

Date: 9/20/2005

CIT-W03 07 04

2582   Team 4

N  40099   24