UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:12-60936-Civ-Cohn/Seltzer

| | |
|---|---|
| PHILIP PULLEY, DEVRA PULLEY, JEROME DAVIS, and SUSAN DAVIS, on behalf of themselves and all others similarly situated, <br><br> **Plaintiff** <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., CHASE INSURANCE AGENCY, JP MORGAN INSURANCE AGENCY, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY and VOYAGER INDEMNITY INSURANCE COMPANY <br><br> **Defendants** | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth the *Memorandum in Support of Motion for an Award of Attorneys' Fees and Reimbursement of Expenses*, which accompanies this motion, Class Counsel respectfully moves this Court for an order awarding attorneys' fees and granting reimbursement of expenses.

Respectfully Submitted,

Dated: September 25, 20133

   /s/ Krishna B. Narine_____
Krishna B. Narine (admitted pro hac vice)
Joel C. Meredith (admitted pro hac vice)
Meredith & Narine
100 S. Broad St. Suite 905

Philadelphia, PA 19110
Phone: 215-564-5182
Fax: 267-687-1628
knarine@m-npartners.com
jmeredith@m-npartners.com

Alan M. Weisberg, Esq.
Florida Bar No. 479349
Garrett A. Barten, Esq.
Florida Bar No. 55371
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Phone: 954.828.1488
Fax: 954.828.9122
aweisberg@cwiplaw.com
gbarten@cwiplaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served by electronic mail on September 25, 2013 on:

Robert M. Brochin, Esq.
Brian M. Ercole, Esq.
Morgan Lewis & Bockius LLP
200 South Biscayne Boulevard – Suite 5300
Miami, Florida 33131-2339
Telephone:	305.415.3456
Facsimile:	305.415.3001
rbrochin@morganlewis.com
bercole@morganlewis.com

*Counsel for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A.*

/s/ Krishna B. Narine